JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYR KIRAKOSYAN,<br><br>                    Petitioner,<br><br>        v.<br><br>FERETI SEMAIA, ET AL.,<br><br>                    Respondents. | Case No. 5:26-cv-01198-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: March 25, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE